**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LAWRENCE T. DOWNING,

    Petitioner,

v.                                     Case No. 3:16cv611-LC/CAS

STATE OF FLORIDA, et al.,

    Respondent.
                              /

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated September 20, 2017 (ECF No. 23), that Respondent's motion to dismiss (ECF No. 20) be granted and the amended petition for writ of habeas corpus (ECF No. 8), filed pursuant to 28 U.S.C. § 2254, be dismissed as untimely. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of the objection filed by Petitioner (ECF No. 26).

Having considered the Report and Recommendation and the objection thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2. The Clerk shall enter judgment stating, "Respondent's motion to dismiss (ECF No. 20) is **GRANTED** and the amended petition for writ of habeas corpus (ECF No. 8) is **DISMISSED as untimely**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is also **DENIED**."

3. The Clerk shall close the file.

**DONE AND ORDERED** this 1st day of November, 2017.

          s/ *L.A. Collier*
          **LACEY A. COLLIER**
          **Senior United States District Judge**